IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PUSHPA DEVI,

    Plaintiff,

v.

EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration Services,

    Defendant.

No. C 05-01179 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, Plaintiff's motion for award of attorneys' fees is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: December 1, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom