IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUSHPA DEVI,<br><br>          Plaintiff,<br><br>     vs.<br><br>EDUARDO AGUIRRE, et al.,<br><br>          Defendants.<br>_____/ | No. C 05-1179 JSW (MEJ)<br><br>**ORDER RESCHEDULING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

   The Court hereby reschedules the hearing in the above entitled motion to Thursday, March 9th at 10:00 a.m.

   **IT IS SO ORDERED**.

Dated: January 27, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge