| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NYSBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PUSHPA DEVI, | ) |
|     Plaintiff, | ) No. C 05-1179-JSW (MEJ) |
| v. | ) STIPULATION AND ORDER APPROVING |
| | ) COMPROMISE SETTLEMENT OF |
| EDUARDO AGUIRRE, JR., Director, | ) ATTORNEY FEES PURSUANT TO EQUAL |
| United States Citizenship and Immigration | ) ACCESS TO JUSTICE ACT |
| Services, | ) |
|     Defendant. | ) |

Plaintiff's attorney having met the criteria of L.R. 54-6(b)(1)(2)(3), by meeting and conferring with Defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that Plaintiff's attorney receive the following payment:

1. Defendant shall pay Seven Thousand Two Hundred and Fifty Dollars and no cents ($7,250.00), pursuant to the Equal Access to Justice Act ("EAJA"), for attorney fees and costs incurred in this court action. The check is to be payable to Plaintiff's counsel:

> Jonathan M. Kaufman
> Kaufman Law Office
> 220 Montgomery Street, Suite 976
> San Francisco, CA 94104
> Tel: 956-4616; Fax: 956-1664

Stipulation and Order Approving Compromise Settlement
C 05-1179-JSW (MEJ)       1

2. This is a settlement of Plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of Defendant under EAJA.

3. Payment of the Seven Thousand Two Hundred and Fifty Dollars and no cents ($7,250.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA and costs as a result of this court action.

Dated: February 21, 2006  /s/
PUSHPA DEVI
Plaintiff

KAUFMAN LAW OFFICE

Dated: February 21, 2006  /s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: February 17, 2006  /s/
ILA C. DEISS
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: February 27, 2006

JEFFREY S. WHITE
United States District Court Judge

Stipulation and Order Approving Compromise Settlement
C 05-1179-JSW (MEJ)                   2